CARLO FINOCCHIARO *vs.* LEONARDO FRANCESCONE, JR., *et ux.*

MAY 27, 1964.

PRESENT: Condon, C. J., Roberts, Powers and Joslin, JJ.

ON REARGUMENT.

(The per curiam opinion of the court on reargument of the above entitled cause is reported at 97 R. I. 376, following the original opinion which is reported at 97 R. I. 371.)